■ ELIZABETH J. D'AMATO, as Executrix of JOSEPH A. D'AMATO, Deceased, Respondent, v ALLSTATE INSURANCE COMPANY, Defendant, and HANOVER INSURANCE COMPANY, Appellant. [614 NYS2d 283] —Appeal by the defendant Hanover Insurance Company from an order of the Supreme Court, Nassau County (DiNoto, J.), dated August 3, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice DiNoto at the Supreme Court. Rosenblatt, J. P., Miller, Lawrence and Florio, JJ., concur.